1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ALLISON DONAIS, JUSTIN DONAIS, and NADINE FRANCES DONAIS<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS E. EAGLE, an individual; DOUGLAS EAGLE TRUCKING, a business entity, form unknown; and DOES 1-10, inclusive;<br><br>Defendants. | CASE NO: 2:10-CV-00754 JAM GGH<br><br>**JOINT STIPULATION FOR CONTINUANCE OF LITIGATION DATES; ORDER**<br><br>Action Filed:  3/30/2010<br>Trial Date:     9/26/2011<br>Time:             9:00 a.m.<br>Judge:           John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED between Plaintiffs, ALLISION DONAIS, JUSTIN DONAIS and NADINE FRANCES DONAIS (hereinafter "Plaintiffs"), by and through their attorneys of record, DAILY ALJIAN LLP and defendant, DOUGLAS EAGLE dba DOUGLAS EAGLE TRUCKING (hereinafter "Defendant"), by and through his attorneys of record DIEBENBROCK & COTTER, LLP as follows:

WHEREAS, Plaintiffs filed their herein lawsuit on March 30, 2010 relating to an automobile accident and resultant physical injuries;

WHEREAS, Defendant answered Plaintiffs' Complaint on June 1, 2010;

WHEREAS, Plaintiffs are residents of British Columbia, Canada, which is where the bulk of their medical and employment related records are maintained;

WHEREAS, due to circumstances beyond their control, the parties have had difficulty obtaining all relevant medical records and scheduling Defendants for deposition in a timely fashion; and

WHEREAS, the parties agree a six month continuance of litigation deadlines in this matter is appropriate to allow the parties to complete discovery.

IT IS HEREBY STIPULATED by all parties to this action, subject to approval of the Court, that the litigation dates scheduled in this matter be continued as follows:

- Expert Witness Disclosures (currently 2/1/2011):     8/1/2011 or _____
- Supp. Expert Discovery (currently 3/30/2011):     9/30/2011 or _____
- Discovery Cutoff (currently 4/29/2011)     10/29/2011 or_____
- Hearing on Dispositive Motions     _____
  (currently 7/6/2011 at 9:30 a.m. in Courtroom #6)
- Final Pre-Trial Conference     _____
  (currently 8/19/2011 at 3:00 p.m.)
- Trial Date (currently 9/26/2011 at 9:00 a.m.)     January __, 2012 or _____

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | | |
|---|---|---|---|
| 1 | Dated: | January 7, 2011 | DAILY ALJIAN LLP |
| 2 | | | |
| 3 | | | By: /s/ Justin E. D. Daily |
| 4 | | |     Justin E. D. Daily<br>    Attorneys for Plaintiffs |
| 5 | Dated: | January 7, 2011 | DIEPENBROCK & COTTER, LLP |
| 6 | | | |
| 7 | | | By: /s/ Grace Pak |
| 8 | | |     John Cotter<br>    Grace Pak |
| 9 | | |     Attorneys for Defendants |

2

STIP TO CONT. LIT. DATES.             2:10-CV-00754 JAM GGH

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Pursuant to the authority of the Court and for good cause appearing, the Court orders litigation dates in this matter be continued as follows:

- Expert Witness Disclosures (currently 2/1/2011):    **8/1/2011;**
- Supp. Expert Discovery (currently 3/30/2011):    **9/30/2011;**
- Discovery Cutoff (currently 4/29/2011)    **10/28/2011;**
- Dispositive motion filing    **12/14/2011;**
- Hearing on Dispositive Motions    **1/11/2012 at 9:30 a.m.;**
  (currently 7/6/2011 at 9:30 a.m. in Courtroom #6)
- Final Pre-Trial Conference    **2/29/2012 at 3:00 p.m.**
  (currently 8/19/2011 at 3:00 p.m.)
- Trial Date (currently 9/26/2011 at 9:00 a.m.)    **4/9/2012 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: 1/7/2011

/s/ John A. Mendez_____
Hon. John A. Mendez
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

3

PDF created with pdfFactory trial version www.pdffactory.com