DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendant
DOUGLAS E. EAGLE d.b.a. DOUGLAS EAGLE TRUCKING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON DONAIS, JUSTIN DONAIS and NADINE FRANCES DONAIS,<br><br>            Plaintiffs,<br><br>vs.<br><br>DOUGLAS E. EAGLE, an individual; DOUGLAS EAGLE TRUCKING and DOES 1-50,<br><br>            Defendants. | CASE NO.  2:10-CV-00754 JAM GGH |

STIPULATION OF DISMISSAL; ORDER ON STIPULATION

STIPULATION AND ORDER OF DISMISSAL

- 1 -                    2:10-CV-00754 JAM GGH

It is hereby stipulated that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

DATED:    June 13, 2011            DIEPENBROCK & COTTER, LLP

By: */s/ Anthony R. Rossmiller*
JOHN P. COTTER
CA State Bar No. 158783
ANTHONY R. ROSSMILLER
CA State Bar No. 215652
Attorneys for Defendant
STEALTH AUTO RECOVERY, INC.

DATED:    June ____, 2011          DAILY ALJIAN LLP

By: _____
JUSTIN DAILY
CA State Bar No. 209772
Attorneys for Plaintiffs
NADINE DONAIS, ALLISON DONAIS,
JUSTIN DONAIS

## ORDER

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice in its entirety with each party bearing its own attorneys fees and costs.

DATED: September 8, 2011    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF CALIFORNIA

C:\Documents and Settings\HVine\Desktop\10cv754.o.9811.wpd

STIPULATION AND ORDER OF DISMISSAL

- 2 -                                2:10-CV-00754 JAM GGH